

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-16-00018-CV

Ronald **RIFE**, Mary Kathryn Hampton, Individually and as Administratix of the Estate of Randall Rife, deceased,
Appellants

v.

Joseph **KERR**, James Drought, Robert Lee Bobbit, Jr., Nancy Northway Gill, Lynn Northway Swanson, Nancy Northway Gill and Lynn Northway Swanson as Independent Co-Executor of the Estate of William Northway, Jr., Et al.,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 14-06-12292-DCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

The Appellees' Unopposed Second Motion for Extension of Time to File Brief is GRANTED. The Appellees' brief is due June 24, 2016. No further extensions of time will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court